**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

YAINIER DIAZ,

        *Petitioner*,

v.                                                                        Case No. 3:26-cv-1779-WWB-PDB

ACTING SECRETARY MARKWAYNE
MULLIN, et al.,

        *Respondents*.

_____

## ORDER

THIS CAUSE is before the Court on Petitioner's Motion to Dismiss Without Prejudice (Doc. 6). Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on July 17, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
Copies to:
Counsel of record